**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                              MDL No. 2804

**ORDER VACATING CONDITIONAL REMAND ORDER**

    On November 18, 2024, the transferee court in this litigation issued a suggestion of remand in *Cobb County v. Purdue Pharma LP*, in which it advised the Panel that coordinated or consolidated pretrial proceedings in *Cobb County* had been completed and that remand to the transferor court, as provided in 28 U.S.C. § 1407(a), is appropriate. The Panel issued a conditional remand order for this action on November 22, 2024. *See* ECF No. 9621. That same day, the transferee court issued an order clarifying the scope of the suggestion of remand in *Cobb County*, in which the transferee court stated that it intended to suggest remand only of the public nuisance claims against pharmacy-defendant Publix. *See In re Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804 (N.D. Ohio Nov. 22, 2024), ECF No. 5782. The conditional remand order issued by the Panel did not reflect the transferee court's order limiting the scope of the suggested remand, but the parties and the courts have proceeded with the understanding that the remand order was so limited. To avoid any potential for confusion as to which claims remain pending in the transferee court and which are proceeding in the transferor court, it is necessary to vacate the prior remand order. The Panel will separately issue a new conditional remand order that separates and remands only the nuisance claims against pharmacy-defendant Publix.

    IT IS THEREFORE ORDERED that the Panel's remand order, dated November 22, 2024, and finalized on December 3, 2024, is VACATED.

FOR THE PANEL:

_____
James V. Ingold
Clerk of the Panel