UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY,<br><br>                Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P., ET AL.,<br><br>                Defendant. | Case No. 1:18-CV-02865-MLB |

## STATUS REPORT

Plaintiff Cobb County, Georgia ("Cobb County") submits this Status Report in response to the Court's February 24, 2025 Order.[1]

- On February 19, 2025 the JPML vacated its November 22, 2024 Conditional Remand Order (NDGa. Dkt. #30).

- That same day, the JPML issued a Separation of Certain Claims and Conditional Remand Order ("New Conditional Remand Order") (JPML Dkt. #9630).

- On February 25, 2025, Publix filed a Notice of Opposition to the New Conditional Remand Order (JPML Dkt. #9632).

- On February 26, 2026, the JPML set a briefing schedule for Publix's

---

[1] Cobb County submits this Status Report in order to comply with the Court's order of February 24, 2025 out of an abundance of caution, notwithstanding counsel for Publix's e-mail to the Court's deputy clerk at the close of business on Friday, March 7. Cobb County provided a draft of this Status Report to counsel for Publix to review on March 6, which was drafted to be filed as a Joint Status Report in accordance with the Court's order, but Publix's counsel did not respond – opting instead to send the March 7 e-mail. Publix's counsel advised Cobb County's counsel on March 10 that it would not join in this filing.

opposition to the New Conditional Remand Order (JPML Dkt.#9633).

- o Publix's Motion to Vacate and Brief in Support is due on or before March 12, 2025.
- o Cobb County's response to the Motion to Vacate is due on or before April 2, 2025.
- o Publix's reply, if any, is due on or before April 9, 2025.

- Under the terms of the New Conditional Remand Order, by virtue of Publix filing a Notice of Opposition, "the stay [of the New Conditional Remand Order] will be continued until further order."

The parties have continued to work cooperatively on matters related to the preparation of a Joint Pretrial Order to ensure that they will be able to complete and submit that order in a timely manner following a decision by the JPML.

Dated: March 10, 2025

Respectfully submitted,

 /s/ Jayne Conroy
Jayne Conroy
Laura Fitzpatrick
Mildred Conroy
Thomas I. Sheridan, III
Justin Presnal
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue
New York, NY 10016
(212) 784-6401
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com
mconroy@simmonsfirm.com
tsheridan@simmonsfirm.com
jpresnal@simmonsfirm.com

Sarah Burns
Jo Anna Pollock
**SIMMONS HANLY CONROY LLC**
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com
jpollock@simmonsfirm.com

Erin K. Dickinson
Charles J. Crueger
**CRUEGER DICKINSON LLC**
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com

H. William Rowling, Jr.
County Attorney
H.William.Rowling@cobbcounty.org
Lauren S. Bruce
Assistant County Attorney
State Bar No.: 796642
Lauren.Bruce@cobbcounty.org
**COBB COUNTY ATTORNEY'S OFFICE**
100 Cherokee Street, Suite 350
Marietta, Georgia, 30090
Tel. No.:  (770) 528-4000
Fax. No.:  (770) 528-4010

*Counsel for Cobb County*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF Systems.

                                      */s/ Jayne Conroy*
                                      Jayne Conroy